IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| US SYNTHETIC CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>SF DIAMOND CO. LTD.;<br>SF DIAMOND USA, INC.<br><br>Defendants. | CASE NO. 4:20-CV-03974 |

**DEFENDANTS SF DIAMOND CO. LTD. AND**
**SF DIAMOND USA, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Federal Rule of Civil Procedure 7.1 and Paragraph 2 of the Order For Conference and Disclosure of Interested Parties (Dkt. No. 2), Defendants state that SF Diamond USA, Inc. is a wholly owned subsidiary of SF Diamond Co. Ltd. with no other company owning more that 10%.  SF Diamond Co. Ltd. is publicly traded.  There are no other known persons or entities that are financially interested in the outcome of this litigation.

Dated: January 15, 2021              Respectfully submitted,

                                     /s/ *John J. Byron*
                                     John J. Byron
                                     Texas Bar No. 24078296
                                     FEDERAL ID: 1358259
                                     Email: jbyron@steptoe.com
                                     STEPTOE & JOHNSON LLP
                                     227 West Monroe Street, Suite 4700
                                     Chicago, IL 60606
                                     T: (312) 577-1300

Timothy Bickham (*pro hac vice*)
Email: tbickham@steptoe.com
Matthew Bathon (*pro hac vice*)
Email: mbathon@steptoe.com
Hui Shen (*pro hac vice*)
Email: hshen@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
T: (202) 429-3000
F: (202) 429-3902

*Counsel for SF Diamond Co. Ltd. and SF Diamond USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of January 2021, a true and correct copy of the foregoing document was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF filing system.

Dated:  January 15, 2021

*/s/ John J. Byron*