IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| U.S. SYNTHETIC CORPORATION,<br>    Plaintiff,<br>v.<br><br>SF DIAMOND CO. LTD.;<br>SF DIAMOND USA, INC.;<br>    Defendants. | CIVIL ACTION NO. 4:20-cv-03974<br><br>**JURY TRIAL DEMANDED** |

## TENTH JOINT STATUS REPORT

Plaintiff U.S. Synthetic Corporation and Defendants SF Diamond Co. Ltd. and SF Diamond USA, Inc. ("collectively "Defendants") hereby submit this Tenth Joint Status Report in accordance with the Court's January 13, 2021 Order ("Order") (Dkt. #29). The Order stayed this case pending the conclusion of the related United States International Trade Commission ("ITC" or "Commission") Investigation No. 337-TA-1236 ("ITC Investigation") and required the parties to submit a status report on April 2, 2021, and every 60 days thereafter.

In compliance with the Order, the parties previously submitted Joint Status Reports (Dkt. #31 – #39) with summaries of the status of the ITC Investigation, which are incorporated by reference. Subsequent to the parties' last Joint Status Report (Dkt. #39), on September 15, 2022, the Commission issued a notice further extending the target date for completion of the ITC Investigation to October 3, 2022.

Per the Court's Order, the parties will continue to notify the Court of the status of the ITC Investigation every 60 days.

1

Dated: September 28, 2022     Respectfully submitted,

By: /s/ *Miranda Y. Jones*
Miranda Jones
Attorney-in-Charge
Texas Bar No. 24065519
Southern District ID No. 1147635
Erin C. Villaseñor
Texas Bar No. 24072407
Southern District ID No. 1114483
**PORTER HEDGES LLP**
1000 Main St 36th floor,
Houston, Texas 77002
(713) 226-6000 Phone
(713) 228-6000 Fax
mirandajones@porterhedges.com
evillaseñor@porterhedges.com

James R. Barney*
Mareesa A. Frederick*
Kelly S. Horn*
Alexander E. Harding*
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001
(202) 408-4000 Phone
james.barney@finnegan.com
mareesa.frederick@finnegan.com
kelly.horn@finnegan.com
alexander.harding@finnegan.com

Daniel C. Cooley*
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer St.
Suite 800
Reston, VA 20190
(571) 203-2700 Phone
daniel.cooley@finnegan.com

**ATTORNEYS FOR U.S. SYNTHETIC CORPORATION**

*admitted pro hac vice*

13329119

Respectfully submitted,

/s/ John J. Byron
John J. Byron
Texas Bar No. 24078296
FEDERAL ID: 1358259
Email: jbyron@steptoe.com
**STEPTOE & JOHNSON LLP**
227 West Monroe Street, Suite 4700
Chicago, IL 60606
T: (312) 577-1300
Fax: (312) 577-1370

Timothy Bickham*
Email: tbickham@steptoe.com
Matthew Bathon*
Email: mbathon@steptoe.com
Hui Shen*
Email: hshen@steptoe.com
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
T: (202) 429-3000
F: (202) 429-3902

* admitted pro hac vice

**COUNSEL FOR
SF DIAMOND CO. LTD. AND
SF DIAMOND USA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September 2022, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's CM/ECF system upon all counsel of record.

/s/ Miranda Y. Jones

13329119