United States District Court
Southern District of Texas
**ENTERED**
January 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. SYNTHETIC CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:20-cv-03974 |
| | § | |
| SF DIAMOND CO., LTD,; | § | |
| SF DIAMOND USA, INC.; | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW COUNSEL OF RECORD MATTHEW BATHON AND HUI SHEN

The Court, having considered Defendants' SF Diamond Co., Ltd. and SF Diamond USA, Inc. ("Defendants" or "SF Diamond") Motion for Matthew Bathon and Hui Shen to withdraw as counsel of record, and for good cause shown, finds that the Motion should be **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that Matthew Bathon and Hui Shen are hereby withdrawn as counsel of record for Defendants SF Diamond Co., Ltd. and SF Diamond USA, Inc.

SIGNED this **25th** day of January 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE